UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN JEFFREY PHAIR, et al., <br><br> Defendants. | 12-cv-05781-VC <br><br> **JUDGMENT** |

The Court now enters judgment in favor of the plaintiff. The plaintiff is awarded $3,200 in damages, and the defendants are awarded $997.50 for reasonable attorneys' fees and costs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 29, 2014

_____
VINCE CHHABRIA
United States District Judge